UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ERIC P. RASMUSSEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:08CV1468 TIA |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's Motion for Attorney's Fees. The parties consented to the jurisdiction of the undersigned pursuant to 28 U.S.C. § 636(c).

On March 22, 2010, this Court entered an Order and Judgment reversing the Commissioner's decision regarding Plaintiff's social security claims and remanding the case for further proceedings. On June 4, 2010, Plaintiff filed the present Motion for Attorney's Fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), requesting an amount of $4,708.03 payable to Plaintiff's attorney. On June 9, 2010, Defendant filed a response, indicating that he has no objection to the requested amount. Further, Defendant does not object to paying the EAJA award directly to Plaintiff's counsel.

In EAJA actions, the district court has the authority to award attorney's fees in social security cases to the prevailing party's attorney. Ratliff v. Astrue, 540 F.3d 800, 802 (8th Cir. 2008). The

undersigned thus finds that Plaintiff is entitled to attorney's fees for the requested amount, payable to Plaintiff's attorney. An appropriate Judgment will accompany this Memorandum and Order.

/s/ Terry I. Adelman

UNITED STATES MAGISTRATE JUDGE

Dated this 15th day of June, 2010.